# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

SHARLOTTE MANYELL CARRIGAN,                                          PLAINTIFFS
ADC 709829, et al.

v.                                 4:14CV00696-SWW-JTK

STATE OF ARKANSAS, et al.                                            DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 11th day of May, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE